# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ANDREA GENRETTE _____ ANDREA GENRETTE, Appellant, v. BANK OF NEW YORK MELLON TRUST COMPANY NA Appellee. | Civ. No. 18-920 |

## **RECOMMENDATION**

At Wilmington this **14th** day of **August, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on August 13, 2018 for an initial review and discussion with pro se appellant and counsel for appellee to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory

referral for mediation and proceed through the appellate process of this Court.  The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.  If any objections are made, they shall be filed on or before **August 22, 2018** and are limited to **two (2) pages double spaced**. The objections may be in letter format and captioned and docketed as "Objections to the Recommendation dated August 14, 2018."  Any response shall be due on or before **August 29, 2018** and are limited to **two (2) pages**.  The response to the objections may be in letter format and captioned and docketed as "Response to Objections to the Recommendation dated August 14, 2018."

      Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge  
Chief U.S. Magistrate Judge Mary Pat Thynge